UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERUMI T. KOTLOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1521 HEA |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion to Compel, [Doc. No. 20]. Plaintiff objects to the motion and has filed a written opposition thereto. The motion is granted to the extent provided herein; the Court makes the following rulings regarding defendant's specific requests:

Request 1. <u>Executed Medical Records Authorization for Medical Services Rendered by Dr. Benny Thomas</u>: Plaintiff shall provide defendant with a Medical Records Authorization for the release of records which evince complaints of left leg pain, or injury to plaintiff's left leg, or prescriptions of medication regarding left leg pain or injury.

Request 2. <u>Medical Records Authorization for Medical Services Rendered by Dr. Boundrant</u>: Plaintiff shall provide defendant with a Medical Records Authorization for the release of records in the possession of Dr. Boundrant for services rendered up to and including one year prior to plaintiff's claimed injury

herein.

Request 3. <u>Medical Records Authorization for Medical Services Rendered by Dr. Cox</u>: Plaintiff shall provide defendant with a Medical Records Authorization for the release of records in the possession of Dr. Cox for records which evince plaintiff's complaints of pain to plaintiff's left leg, injuries to plaintiff's left leg or any difficulty walking.

SO ORDERED.

Dated this 14th day of September, 2006.

_____
  HENRY EDWARD AUTREY
  UNITED STATES DISTRICT JUDGE