UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERUMI T. KOTLOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1521 HEA |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's Motion to Compel, [Doc. No. 13], which the Court took under submission on September 5, 2006. In accordance with the Court's Order, Defendant has submitted documents for an *in camera* inspection by the Court for determination of applicable privileges. The Court has reviewed these documents and finds that they are protected from discovery by the attorney-client privilege and/or the work product doctrine.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel production of the documents submitted to the Court *in camera*, [Doc. No. 13], is denied.

Dated this 18th day of September, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE